# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN ANTONIO GARCIA-VILLA, : | |
| Plaintiff, : | |
| vs. : | |
| : | CIVIL ACTION |
| ATTORNEY GENERAL OF THE UNITED : | NO. 10-7118 |
| STATES, U.S. DEPARTMENT OF : | |
| JUSTICE, BUREAU OF PRISONS, : | |
| FEDERAL CORRECTIONAL INSTITUTE : | |
| BIG SPRING, AND UNICOR, : | |
| Defendants. : | |

**ORDER**

AND NOW, this 6th day of July, 2011, upon consideration of Defendants' Motion to Transfer (Doc. No. 10), Defendants' Memorandum in support thereof, and Plaintiff's Memorandum in opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and this matter is TRANSFERRED to the United States District Court for the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     C.J.