IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JUAN ANTONIO GARCIA-VILLA, Institutional No. 56886-066, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:11-CV-00144-C |
| ATTORNEY GENERAL of the UNITED STATES, et al., | § § § § | |
| Defendants. | § | ECF |

## ORDER

Came to be considered on this day, Plaintiff's "Motion for Enlargement of 30 Days Time to Respond to United States Motion to Dismiss" and "Motion for Leave to File Supplemental Brief Pursuant to the Fed. R. Civ. P. Rule 15(d) with Correct Defendant Karen Edenfield Warden of FCI Big Spring," filed on October 24, 2011. The Court has considered the motions and Defendants' Response and finds the following:

1. Plaintiff's motion requesting an enlargement of time within which to file a reply to the Defendants' Motion to Dismiss should be granted.

2. Plaintiff's motion requesting leave to amend his complaint to add the Warden of FCI Big Spring as a defendant in this proceeding should be denied for the reasons set forth in Defendants' Response filed on November 8, 2011.

It is, therefore, ORDERED:

1. Plaintiff's "Motion for Enlargement of 30 Days Time to Respond to United States Motion to Dismiss" is GRANTED. Plaintiff shall file his reply on or before Friday, July 27, 2012. No further extensions shall be granted.

2. Plaintiff's "Motion for Leave to File Supplemental Brief Pursuant to the Fed. R. Civ. P. Rule 15(d) with Correct Defendant Karen Edenfield Warden of FCI Big Spring" is DENIED.

Dated June __27__, 2012.

SAM R. CUMMINGS
United States District Judge